UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DEVAN BROUSSARD

VERSUS

CELEBRATION STATION
PROPERTIES, INC., ET AL

CIVIL ACTION

NO. 13-531-JJB-RLB

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated March 7, 2014 (doc. no. 6) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, plaintiff's Motion for Remand (doc. no. 4) is DENIED.

Baton Rouge, Louisiana, this /04 day of April, 2014.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA